UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 02-4047

Filed: October 10, 2003

KEITH COLLINS;

    Plaintiff - Appellant

GLORIA COLLINS

    Plaintiff

v.

VILLAGE OF NEW VIENNA, et al.

    Defendants - Appellees

C-1-00-594
TSH

## MANDATE

Pursuant to the court's disposition that was filed 9/18/03 the mandate for this case hereby issues today.

A True Copy.

COSTS: NO COSTS TAXED

Attest:

Filing Fee ..........$
Printing ............$

    Total ........$

*Robin Duncan*
Deputy Clerk